UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KNERR,
Plaintiff

v. C.A. NO. : 0792 ML

INTERVARSITY CHRISTIAN
FELLOWSHIP/USA,
Defendant

**MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT FOR GOOD CAUSE**

Now comes the Plaintiff in the above-captioned action and, through the undersigned counsel, files this Motion To Extend Time For Service Of Complaint For Good Cause, pursuant to F.R.C.P. 4(m) and 6(b). Complaint in the above-captioned matter was filed on March 9, 2007, against one Defendant. Plaintiff has made a good faith effort, pursuant to the requirements of F.R.C.P. Rule 4, to effectuate service prior to the expiration of 120 days (by July 6, 2007). Despite this effort, and through no fault of the Plaintiff, service has not been accomplished. For the reasons specified in the attached memorandum and affidavit, **Plaintiff requests an additional 30 days, up to and including August 6, 2007** to accomplish service.

Respectfully Submitted,
Michael Knerr,
By His Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
FAX: 401-272-4520