UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KNERR,
Plaintiff

v.

C.A. NO. 0792 ML

INTERVARISTY CHRISTIAN
FELLOWSHIP/USA,
Defendant

**MEMORANDUM**
**IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT FOR GOOD CAUSE**

Now comes Stephen T. Fanning. Esq. counsel to the Plaintiff in the above-captioned action and files this Memorandum in Support of Plaintiff's Motion To Extend Time For Service Of Complaint For Good Cause, pursuant to F.R.C.P. 4(m) and 6(b), for a period of 30 days, up to and including August 6, 2007. In support of this Motion, the undersigned counsel states and swears as follows:

The above-captioned action was filed on March 9, 2007. The Plaintiff's Complaint seeks relief for defamatory, tortous and otherwise unlawful conduct based on actions which took place while the Plaintiff was employed by the Defendant.

Following the filing of the Complaint, Plaintiff's counsel has made a good faith effort to determine the Defendant's agent for service. Defendant is located in Wisconsin and does business in the state of Rhode Island. However, despite diligent efforts, Plaintiff's counsel has been unsuccessful in locating a registered agent for service. Likewise, no counsel has entered an appearance on behalf of the Defendant for the purposes of this litigation.

Based on this information, Plaintiff's counsel has recently served the Complaint pursuant to a Rule 4 Waiver of Service of Summons on the individual Plaintiff's counsel believes serves as their representative. Plaintiff respectfully requests this brief extension to confirm that this individual accepts this service.

Following the filing of the above-referenced Complaint, and pursuant to the requirements of F.R.C.P. Rule 4(a) et seq., Plaintiff has attempted to make a good faith

effort to serve the above-referenced Complaint prior to the expiration of 120 days (by July 6, 2007). Despite this effort, and through no fault of the Plaintiff, service has not been accomplished, for the reasons cited above.

**In light of all the above, Plaintiff requests a brief extension of 30 days, up to and including August 6, 2007, in order to effectuate service on the Defendant. Granting of this brief extension will not prejudice the rights of the Defendant in any way.**

Respectfully Submitted,
Michael Knerr,
By His Attorney,

/s/ Stephen T. Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
FAX: 401-272-4520