UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KNERR,
Plaintiff

v. C.A. NO. 0792 ML

INTERVARISTY CHRISTIAN
FELLOWSHIP/USA,
Defendant

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW GOOD CAUSE WHY THE ABOVE CASE SHOULD NOT BE DISMISSED**

Now comes Stephen T. Fanning. Esq. counsel to the Plaintiff in the above-captioned action and files this Response to the Court's Order to Show Good Cause Why The Above Case Should Not be Dismissed. In support of this Response, and as more fully stated in the attached affidavit, the undersigned counsel states as follows:

The above-captioned action was filed on March 9, 2007. Plaintiff had previously made Motion to the Court for an extension up to and including August 6, 2007, in order to effectuate service on the Defendant. This Motion was granted and was made necessary because Plaintiff's good-faith efforts in locating a registered agent for service had been unsuccessful.

On July 3, 2007, prior to the expiration of the original 120 day period for service, Plaintiff's counsel attempted to serve the complaint upon the Defendant's legal counsel, by certified mail, pursuant to F.R.C.P. 4, providing for Waiver of Service of Summons (see Documents Attached to Supporting Affidavit). A returned receipt was received by this office, indicating that the Rule 4 documents and a copy of the Complaint had been received by the Defendant's chief legal counsel, Ralph Thomas, in Madison, Wisconsin, on July 9, 2007. However, the Waiver and Service of Summons was not returned by Mr. Thomas.

Subsequently, Plaintiff has been notified that the Defendant has retained Anthony DiOrio of the firm Jackson Lewis LLP located at 127 Dorrance Street, Providence,

Rhode Island 02903. It has been represented to Plaintiff that Mr. DiOrio will promptly file his appearance with the Court and proceed to file the Defendant's answer.

In light of the above, it is respectfully urged that the Court's Order, dated September 26, 2007, be held in abeyance for a reasonable period of time, but at least until October 31, 2007, in order for the Court to receive documentation confirming that the Defendant has accepted service and is proceeding with defense of this action.

Respectfully Submitted,
Michael Knerr,
By His Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
FAX: 401-272-4520