UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KNERR,
Plaintiff

v. C.A. NO. 0792 ML

INTERVARISTY CHRISTIAN
FELLOWSHIP/USA,
Defendant

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW GOOD CAUSE WHY THE ABOVE CASE SHOULD NOT BE DISMISSED**

Now comes Stephen T. Fanning. Esq. counsel to the Plaintiff in the above-captioned action and files this Affidavit in Support of the Plaintiff's Response to the Court's Order to Show Good Cause Why The Above Case Should Not be Dismissed. The undersigned counsel states as follows:

1. The above-captioned action was filed on March 9, 2007.
2. I am counsel to the Plaintiff in the above-referenced action; am admitted to practice in this Court; and am a member in good standing in all districts and jurisdictions in which I am admitted to practice.
3. The Plaintiff's Complaint seeks relief for defamatory, tortous and otherwise unlawful conduct based on actions which took place while the Plaintiff was employed by the Defendant.
4. Following the filing of the Complaint, the undersigned counsel made a good faith effort to determine the Defendant's agent for service.
5. Defendant is located in Wisconsin and does business in the state of Rhode Island. However, despite diligent efforts, the undersigned counsel had been unsuccessful in locating a registered agent for service. Likewise, no counsel had entered an appearance on behalf of the Defendant for the purposes of this litigation.

6. The undersigned counsel previously requested and received a brief extension and received a brief extension, up to and including August 6, 2007, in order to effectuate service.

7. On July 3, 2007, the undersigned counsel attempted to serve the Complaint pursuant to a FRCP 4, providing for Waiver of Service of Summons on the Defendant's chief counsel, Ralph Thomas, in Madison, Wisconsin.

8. Attorney Thomas received a copy of the complaint and FRCP 4 documents, by certified mail, on July 9, 2007, see attachments A, B, C, D.

9. Attorney Thomas did not return the FRCP 4 Waiver document.

10. However, the undersigned counsel was subsequently notified by Anthony J. DiOrio, Esq., 127 Dorrance Street, Providence, RI 02903, that he had been retained by the Defendant, had been provided with a copy of the Compliant that had been served on Attorney Thomas and would be representing the Defendant in this matter. (Attachment E)

Verification

I hereby attest that the above is true and correct to the best of my knowledge and belief .

/s/ Stephen T. Fanning

Respectfully Submitted,
Michael Knerr,
By His Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
FAX: 401-272-4520