A

*The Law Office of Stephen Thomas Fanning*
305 SOUTH MAIN STREET
PROVIDENCE, RHODE ISLAND 02903

Stephen Thomas Fanning * •
Brie G. Fanning * •

(401) 272-8250
FAX: (401) 272-4520

* Admitted in Rhode Island
• Admitted in Massachusetts

July 3, 2007

Ralph Thomas
Legal Department
InterVarsity Christian Fellowship/USA
6400 Schroeder Rd.
PO Box 7895
Madison, Wisconsin 53707-7895

RE: *Michael R. Knerr vs. InterVarsity Christian Fellowship/USA*

Dear Mr. Thomas:

Enclosed are two copies of the above-referenced Complaint, a Rule ·· Waiver of Service of Summons and a self-addressed envelope. Please sign the Waiver and return it to our office upon your receipt. If you do not intend to accept service, please contact us immediately. Thank you.

Very truly yours,

Stephen T. Fanning
STF/bgf
Enclosure
By Certified Mail