LDA

# United States District Court

DISTRICT OF

Michael R. Knerr

V.

InterVarsity Christian Fellowship/USA

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 07 92 ML

TO: (Name and address of defendant)

Ralph Thomas- Legal
InterVarsity Christian Fellowship/USA
6400 Schroeder Rd.
PO Box 7895
Madison, WI 53707-7895

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Fanning
305 South Main Street
Providence, RI 02903
401-272-8250

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3/9/07

(BY) DEPUTY CLERK