E

*The Law Office of Stephen Thomas Fanning*
305 SOUTH MAIN STREET
PROVIDENCE, RHODE ISLAND 02903

Stephen Thomas Fanning * •
Brie G. Fanning-DiLibero * •

(401) 272-8250
FAX: (401) 272-4520

* Admitted in Rhode Island
• Admitted in Massachusetts

By Fax 914-328-1882 and Regular Mail

October 11, 2007

Anthony J. DiOrio, Esq.
Jackson Lewis LLP
One North Broadway, 15th floor
White Plains, NY 10601-2305

127 Dorrance Street
Providence, RI 02903

RE: Knerr vs. Intervarsity Christian Fellowship USA
CA 0792 ML

Dear Mr. DiOrio:

This letter will confirm our recent discussions relative to the captioned action. It is my understanding that you have been retained to serve as counsel for the defendant in this matter, that the Defendant acknowledges service of the Complaint, and that you will proceed to file your appearance and you Client's answer to the complaint, as appropriate. If my understanding is incorrect in any way, please let me know. The Court requires an immediate update on the status of this matter. Thank you.

Very truly yours,

Stephen T. Fanning
STF/ml
ENCLOSURE