**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**--------------------------------------------------------------X**

| | | |
|---|---|---|
| **MICHAEL R. KNERR,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **- against -** | : | **C.A. No.: 07-92-ML** |
| | : | |
| **INTERVARSITY CHRISTIAN FELLOWSHIP/USA** | : | |
| | : | **Entry of Appearance** |
| | : | |
| **Defendant.** | : | |

**--------------------------------------------------------------X**

The undersigned hereby formally enters his appearance as trial counsel for Defendant Intervarsity Christian Fellowship/USA.

Dated: November 8, 2007
Providence, Rhode Island

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

By:______/s/ Anthony J. DiOrio (#3419)____

ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL R. KNERR,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **- against -** | : | **C.A. No.: 07-92-ML** |
| | : | |
| **INTERVARSITY CHRISTIAN FELLOWSHIP/USA** | : | |
| | : | **Certificate of Service** |
| | : | |
| **Defendant.** | : | |

The undersigned hereby certifies that Defendant's Entry of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system, this 8th day of November, 2007.

/s/ Anthony J. DiOrio (#3419)