UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL R. KNERR,
Plaintiff

v. C.A. NO. : 07-92 ML

INTERVARSITY CHRISTIAN
FELLOWSHIP/USA,
Defendant

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby STIPULATED AND AGREED, by and between Plaintiff Michael R. Knerr and Defendant Intervarsity Christian Fellowship/USA, through counsel for Plaintiff and counsel for Defendant, who state that they have been authorized by the Parties to enter into this Stipulation, that the above-captioned action is hereby dismissed in its entirety, with prejudice, and with no award of counsel fees or costs by the Court.

Respectfully Submitted,
Plaintiff
Michael Knerr,
By His Attorney,
/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250

Date: March , 2008

Defendant
Intervaristy Christian Fellowship/USA
By their Attorney,
/s/ Anthony J. DiOrio
Anthony J. DiOrio, Esq. (#3419)
Jackson Lewis, LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903
401-490-3444

Date: March , 2008